Case 2:21-mc-00891-RDP   Document 25   Filed 07/10/23   Page 1 of 2
USCA11 Case: 21-13799   Document: 44-2   Date Filed: 07/03/2023   Page: 1 of 2

FILED
2023 Jul-10  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13799

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                        Plaintiff-Appellant,

*versus*

EBERSPAECHER NORTH AMERICA INC.,

                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-mc-00891-RDP

_____

JUDGMENT

2                                                                                          21-13799

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 10, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDTE: July 3, 2023